AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

Robert V. Rossi
and
Linda A. Rossi
V.

Gem Plumbing + Heating Co., Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-299-S

TO: (Name and address of Defendant)

Gem Plumbing + Heating Co., Inc.
One Wellington Road
Lincoln, RI 02865

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick J. Dougherty
155 South Main St., Suite 304
Providence, RI 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 7/6/05

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 11/1/05 |
| NAME OF SERVER (PRINT) Robert A. Moreau | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): X [illegible] President – Leonard P. Gemma Pres left with agent/officer of corp. as appointed by law One Wellington Rd Lincoln RI

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 30.00 | 30.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/1/05
Date

[signature]
*Signature of Server*

157 Central Pike – Foster, RI
*Address of Server*

FILED
2005 NOV -3 P
DISTRICT OF RHODE IS AND
DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.