UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
NOV 23 2005
Property of U.S. District Court
District of Rhode Island

ROBERT V. ROSSI and
LINDA A. ROSSI,
Plaintiffs,

v. C.A. No. 05-299S - DLM

GEM PLUMBING & HEATING CO., INC.,
Defendant.

STIPULATION

The Parties in the above-entitled matter hereby stipulate that Defendant Gem Plumbing & Heating Co., Inc. shall have up to and including December 11, 2005 to answer or otherwise respond to the Complaint without prejudice to Plaintiffs' rights to file motions for injunctive or other relief (with notice) in this action prior to the date by which the Defendants are required to respond to Plaintiffs' Complaint.

Plaintiffs,

By Their Attorney,

Patrick J. Dougherty (JRD)

Patrick J. Dougherty
Dougherty & Angell, LLP
155 South Main Street
Providence, RI 02903
273-9770
Fax: 273-4750

Defendant,

By Its Attorneys,

Joseph R. Daigle

Joseph R. Daigle
Gelfuso & Lachut, Inc.
1193 Reservoir Avenue
Cranston, RI 02920
942-4300
Fax: 946-0970

N:/clients/Gem/Rossi/Gem.Pleadings/stip
JRD/112105/1