UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ROBERT V. ROSSI and LINDA A. ROSSI, Plaintiffs, | |
| v. | C.A. No. 05-299S - DLM |
| GEM PLUMBING & HEATING CO., INC., Defendant. | |

## ANSWER TO COMPLAINT

### PARTIES

1-2. Defendant is without sufficient knowledge or information to admit or deny the truth of the allegations set forth in Paragraphs 1 and 2.

3. Defendant denies the allegations contained in Paragraph 3.

4-6. Defendant is without sufficient knowledge or information to admit or deny the truth of the allegations contained in Paragraphs 4 through 6.

7. Defendant denies the allegations set forth in Paragraph 7.

8-10. Defendant is without sufficient knowledge or information to admit or deny the truth of the allegations contained in Paragraph 8 through 10.

N:/clients/Gem/Rossi/Pleadings/Answer
JRD/121205/1

11. Defendant denies the allegations set forth in Paragraph 11.

12. [Omitted.]

13-14. Defendant is without sufficient knowledge or information to admit or deny the truth of the allegations contained in Paragraphs 13 and 14.

15. Defendant denies the allegations set forth in Paragraph 15.

16-24. Defendant is without sufficient knowledge or information to admit or deny the truth of the allegations contained in Paragraphs 16 through 24.

25-27. Defendant denies the allegations set forth in Paragraphs 25 through 27.

## COUNT I

## VIOLATION OF PROCEDURAL DUE PROCESS

28. Defendant repeats and re-alleges the answers to Paragraphs 1 through 27.

29. Defendant denies the allegations set forth in Paragraph 29.

## COUNT II

## SLANDER OF TITLE

30. Defendant repeats and re-alleges the answers to Paragraphs 1 through 27.

31-33. Defendant denies the allegations contained in Paragraphs 31 through 33.

***WHEREFORE***, Defendant prays that this Honorable Court dismiss Plaintiffs' Complaint with prejudice, without fees or costs.

ADDITIONAL DEFENSES

1. Plaintiffs' Complaint must be dismissed because it fails to state a claim upon which relief may be granted.

2. Plaintiffs' Complaint must be dismissed because Plaintiffs are estopped from recovering against Defendant.

3. Plaintiffs' claims must be dismissed because they were not filed within the time set forth in the applicable limitations statutes.

4. Plaintiffs' Complaint must be dismissed because the actions about which they complain were committed by third-parties for whom Defendant bears no responsibility.

5. Plaintiffs' recovery must be limited because they have failed to mitigate their damages.

6. Plaintiffs' Complaint must be dismissed because this Court lacks subject matter jurisdiction.

7. Plaintiffs' Complaint must be dismissed because of *Res Judicata* / Collateral Estoppel.

N:/clients/Gem/Rossi/Pleadings/Answer
JRD/121205/1

8. Plaintiffs' Complaint must be dismissed because they have failed to join indispensable parties.

**DEFENDANT DEMANDS A TRIAL BY JURY.**

Defendant,

Gem Plumbing & Heating, Inc.,

By Its Attorney,

Joseph R. Daigle, #5429
GELFUSO & LACHUT, INC.
1193 Reservoir Avenue
Cranston, RI 02920
(401)942-4300
Fax: (401)946-0970

CERTIFICATE OF SERVICE

I hereby certify that on the 12 day of December, 2005 a copy of this document was served by First-Class Mail on:

Patrick J. Dougherty
Dougherty & Angell, LLP
155 South Main Street
Providence, RI 02903

N:/clients/Gem/Rossi/Pleadings/Answer
JRD/121205/1