UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT V. ROSSI, et al. | : | |
| Plaintiffs, | : | |
| Vs. | : | C.A. No.: 05-299S |
| Gem Plumbing & Heating Co. | : | |
| Defendant. | : | |

**AMENDED ENTRY OF APPEARANCE**

We, Theodore Orson, Esq. and Stephen J. Brouillard, Esq., hereby enter our appearance as counsel for Defendant, Gem Plumbing & Heating Co., Inc., in the above-captioned action.

Theodore Orson, Esq. # 3871
Stephen J. Brouillard, Esq. # 6284
Orson and Brusini Ltd.
55 Dorrance Street, Suite 400
Providence, RI 02903
Tel. (401) 223-2100
Fax (401) 861-3103

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of December, 2005, I caused a copy of the within to be mailed postage prepaid to Patrick Dougherty, Esq., 155 South Main Street, Providence, RI 02903 and Joseph R. Daigle, Esq., Gelfuso & Lachut, Inc., 1193 Reservoir Avenue, Cranston, RI 02920.