UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT V. ROSSI and LINDA A. ROSSI, Plaintiffs, | ) | |
| v. | ) | C.A. No. 05-299S |
| GEM PLUMBING & HEATING CO., INC., Defendant. | ) | |

**WITHDRAWAL OF APPEARANCE**

NOW COMES the undersigned, Joseph R. Daigle, Esq., and hereby withdraws his appearance on behalf of Defendant, Gem Plumbing & Heating, Co., Inc., in the above-captioned action.

Joseph R. Daigle, Esq. #5429
GELFUSO & LACHUT, INC.
1193 Reservoir Avenue
Cranston, RI 02920
(401) 942-4300

**CERTIFICATION**

Patrick Dougherty, Esq.
155 South Main Street
Providence, RI 02903

Theodore Orson, Esq.
Stephen J. Broulliard, Esq.
Orson and Brusini Ltd.
55 Dorrance Street
Suite 400
Providence, RI 02903

I hereby certify that I mailed a true copy of the within Withdrawal of Appearance to the above-named counsel of record this 3RD day of January 2006.

Lynn A. Kiey