UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Robert V. Rossi, et al., Plaintiffs, | ) | |
| v. | ) | CA No. 05-299S |
| Gem Plumbing & Heating Co., Inc., Defendant. | ) | |

**PRETRIAL ORDER**

(Civil Case)

After conference with the attorneys in this case and pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that:

1. Motion for Judgment on the Pleadings. Defendant shall file its Motion for Judgment on the Pleadings within three weeks after Magistrate Judge Martin issues his Report and Recommendation in Robert V. Rossi, et al. v. Leonard P. Gemma, et al., Civil Action No. 05-32. Plaintiffs' Reply to said Motion shall be filed within three weeks thereafter.

2. Objection to the Report and Recommendation. Plaintiffs' Objection to the Report and Recommendation to be issued in Civil Action No. 05-32 and Defendant's Reply shall be filed pursuant to Fed. R. Civ. P. 72(b) and D.R.I. LR Civ. 72.

3. All discovery shall be stayed in this case pending

the Court's review of these matters.

By Order

Deputy Clerk

ENTER:

William E. Smith
United States District Judge
Date: 1/12/06