UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT V. ROSSI, et al.<br>Plaintiffs, | : | |
| Vs. | : | C.A. No.: 05-299S |
| Gem Plumbing & Heating Co.<br>Defendant. | : | |

**DEFENDANT'S ASSENTED-TO MOTION TO ENLARGE TIME**

Defendant, Gem Plumbing & Heating Co., Inc., hereby moves this Honorable Court pursuant to Fed. R. Civ. P. 6(b)(1) for an enlargement of time within which to file its Motion for Judgment on the Pleadings. On January 12, 2006, this Court entered a Pretrial Order allowing Defendant up to February 3, 2006 to file said Motion. As grounds for this Motion, Defendant posits that a brief enlargement of time is needed due to the complexity of the issues involved and because Defendant's counsel is preparing for a trial in the United States Bankruptcy Court. **Plaintiff's counsel assents, and has no objection, to the granting of this motion.**

**WHEREFORE,** the within Assented-to Motion should be granted such that Defendant shall have up to and including February 17, 2006 within which to file its Motion for Judgment on the Pleadings.

GEM PLUMBING & HEATING CO., INC.
Defendant,
By its attorneys,

Theodore Orson, Esq. # 3871
Stephen J. Brouillard, Esq. # 6284
Orson and Brusini Ltd.
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 223-2100
(401) 861-3103 fax

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of February, 2006, I caused a copy of the within to be served by first class mail, postage prepaid, on the following counsel of record:

Patrick Dougherty, Esq.
155 South Main Street, Suite 304
Providence, RI 02903