UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
FEB 6 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROBERT V. ROSSI, et al.
Plaintiffs,

Vs. C.A. No.: 05-299S

Gem Plumbing & Heating Co.
Defendant.

**DEFENDANT'S ASSENTED-TO MOTION TO ENLARGE TIME**

Defendant, Gem Plumbing & Heating Co., Inc., hereby moves this Honorable Court pursuant to Fed. R. Civ. P. 6(b)(1) for an enlargement of time within which to file its Motion for Judgment on the Pleadings. On January 12, 2006, this Court entered a Pretrial Order allowing Defendant up to February 3, 2006 to file said Motion. As grounds for this Motion, Defendant posits that a brief enlargement of time is needed due to the complexity of the issues involved and because Defendant's counsel is preparing for a trial in the United States Bankruptcy Court.

**Plaintiff's counsel assents, and has no objection, to the granting of this motion.**

**WHEREFORE,** the within Assented-to Motion should be granted such that Defendant shall have up to and including February 17, 2006 within which to file its Motion for Judgment on the Pleadings.

GRANTED
William E. Smith
U.S. District Judge
2/6/06

GEM PLUMBING & HEATING CO., INC.
Defendant,
By its attorneys,

Theodore Orson, Esq. # 3871
Stephen J. Brouillard, Esq. # 6284
Orson and Brusini Ltd.
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 223-2100
(401) 861-3103 fax