**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ROBERT V. ROSSI and<br>LINDA A. ROSSI,<br>Plaintiffs | : | |
| v. | : | C.A. No. 05- 299S |
| GEM PLUMBING & HEATING CO., INC.<br>Defendant | : | |

**PLAINTIFFS' ASSENTED TO MOTION TO ENLARGE TIME**

Now come Plaintiffs, Robert V. Rossi and Linda A. Rossi, who hereby move this honorable Court pursuant to Fed. R. Civ. P. 6(b)(1) for an enlargement of time within which to file their opposition and objection Defendant, Gem Plumbing & Heating Co., Inc.'s Motion for Judgment on the Pleadings, or in the Alternative, to Abstain. Plaintiffs were scheduled to file their opposition on March 10, 2006. Due to the complexity of issues and arguments raised in Defendant's motion, Plaintiffs request that they be given an additional two (2) weeks in which to prepare and file their opposition and objection. **Defendant's counsel assents to and has no objection to the granting of this motion.**

WHEREFORE, Plaintiffs request this honorable Court grant this motion and extend the time in which Plaintiffs must file their response to Defendant's Motion for Judgment on the Pleadings, or in the Alternative, to Abstain, to March 24, 2006.

ROBERT V. ROSSI
and LINDA A. ROSSI
By their attorney,

Patrick J. Dougherty #5082
155 South Main Street, Suite 304
Providence, RI 02903
Ph (401)273-9770
Fax (401)273-4750

CERTIFICATION

I hereby certify that on the 28th day of February, 2006, a true and accurate copy of the within document was sent via first class postage prepaid mail to the following counsel of record:

Theodore Orson, Esq.
Orson & Brusini, Ltd.
55 Dorrance Street, Suite 400
Providence, RI 02903