**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
FEB 28 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT V. ROSSI and<br>LINDA A. ROSSI,<br>Plaintiffs | : | |
| v. | : | C.A. No. 05- 299S |
| GEM PLUMBING & HEATING CO., INC.<br>Defendant | : | |

**PLAINTIFFS' ASSENTED TO MOTION TO ENLARGE TIME**

Now come Plaintiffs, Robert V. Rossi and Linda A. Rossi, who hereby move this honorable Court pursuant to Fed. R. Civ. P. 6(b)(1) for an enlargement of time within which to file their opposition and objection Defendant, Gem Plumbing & Heating Co., Inc.'s Motion for Judgment on the Pleadings, or in the Alternative, to Abstain. Plaintiffs were scheduled to file their opposition on March 10, 2006. Due to the complexity of issues and arguments raised in Defendant's motion, Plaintiffs request that they be given an additional two (2) weeks in which to prepare and file their opposition and objection. **Defendant's counsel assents to and has no objection to the granting of this motion.**

WHEREFORE, Plaintiffs request this honorable Court grant this motion and extend the time in which Plaintiffs must file their response to Defendant's Motion for Judgment on the Pleadings, or in the Alternative, to Abstain, to March 24, 2006.

RECEIVED

2006

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

2/28/06

GRANTED.

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
March 3, 2006