AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ROBERT V. ROSSI and LINDA A. ROSSI

V.

GEM PLUMBING AND HEATING CO., INC.

**JUDGMENT IN A CIVIL CASE**

Case Number: C.A. NO. 05-299S

**Jury Verdict.**

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT, GEM PLUMBING AND HEATING CO., INC., AGAINST PLAINTIFFS, ROBERT V. ROSSI AND LINDA A. ROSSI, PURSUANT TO THIS COURT'S DECISION AND ORDER ENTERED ON JUNE 5, 2006, GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS, OR IN THE ALTERNATIVE, TO ABSTAIN.**

June 6, 2006
Date

Clerk
ALBA-SUE MERCURIO
(By) Deputy Clerk