**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ROBERT V. ROSSI and LINDA A. ROSSI, Plaintiffs | : | |
| v. | : | C.A. No. 05- 299-S |
| GEM PLUMBING & HEATING CO., INC. Defendant | : | |

**NOTICE OF CHANGE OF ADDRESS AND PHONE NUMBER OF COUNSEL**

Please be advised that the undersigned has changed his office address and telephone numbers effective May 1, 2007. The new office address and telephone number is 887 Boston Neck Road, Suite 1, Narragansett, RI 02882, telephone number (401) 789-8400 and fax number (401) 789-8401.

Patrick J. Dougherty, 5082
155 South Main Street, Suite 304
Providence, RI 02903
(401) 273-9770
(401) 273-4750 (Fax)

CERTIFICATION

I hereby certify that on the 24th day of April, 2007, a true and accurate copy of the within document was mailed by regular mail, postage prepaid to the following:

Theodore Orson, Esq.
Orson & Brusini, Ltd.
55 Dorrance Street, Suite 400
Providence, RI 02903

Jean Morse