MANDATE

05-00299 USDC IRI Smith

# United States Court of Appeals
## For the First Circuit

---

No. 06-2020

ROBERT V. ROSSI; LINDA A. ROSSI,

Plaintiffs, Appellants,

v.

LEONARD P. GEMMA, individually and in his capacity as President of Gem Plumbing & Heating Co., Inc.; ROBERT J. LEVINE, individually and in his capacity as a general partner of Gemma & Levine; HENRY S. KINCH, JR., in his capacity as Clerk of the Providence County Superior Court,

Defendants, Appellees.

---

No. 06-2021

ROBERT V. ROSSI; LINDA A. ROSSI,

Plaintiffs, Appellants,

v.

GEM PLUMBING & HEATING CO., INC.,

Defendant, Appellee.

---

**JUDGMENT**

Entered: May 31, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment is affirmed insofar as it dismissed Robert V. and Linda A. Rossi's claims for injunctive and declaratory relief, vacated as to its dismissal of their claims for monetary relief,

and remanded with instructions (1) to stay their 42 U.S.C. § 1983 claims insofar as they seek monetary damages, and (2) to dismiss the state law slander of title claims without prejudice insofar as those claims seek monetary relief. Each side shall bear its own costs.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 6/22/07

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

By: Margaret Carter, Chief Deputy Clerk

[cc: Certified copies to Hon. William E. Smith and Mr. David DiMarzio, Clerk, United States District Court for the District of Rhode Island. Copies to Mr. Dougherty, Mr. Mason, Mr. Orson, Mr. Brouillard, Mr. Kiely, & Mr. Field.]