UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ROBERT V. ROSSI and<br>LINDA A. ROSSI,<br><br>Plaintiffs,<br><br>v.<br><br>LEONARD P. GEMMA, Individually and in his capacity as President of Gem Plumbing & Heating, Co., Inc.; ROBERT J. LEVINE, Individually and in his capacity as a general partner of Gemma & Levine; and HENRY S. KINCH, JR., in his capacity as Clerk of The Providence County Superior Court,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br>C.A. No. 05-32S<br>C.A. No. 05-299s |

**IT IS HEREBY ORDERED AND ADJUDGED**

Plaintiffs' claims for injunctive and declaratory relief under Count I are DISMISSED; Plaintiffs' claims for monetary relief under Count I are STAYED; and Plaintiffs' state law slander claim under Count II is DISMISSED without prejudice.

ENTER:

[signature]
William E. Smith
United States District Judge

Date: 7/11/07